UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUCENA ORTIZ, on behalf of themselves, and those similarly situated in the State of California, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LUCERO AG SERVICES, INC., et al.,<br><br>Defendants. | Case No.   1:23-cv-01319-JLT-EPG<br><br>ORDER VACATING SCHEDULING CONFERENCE<br><br>(ECF No. 9) |

Plaintiffs filed this civil action on September 5, 2023, mainly bringing putative class claims. (ECF No. 1). The Court issued an order on September 6, 2023, setting an initial scheduling conference for December 7, 2023, with the requirement that the parties file a joint scheduling report at least one week before the conference. (ECF No. 3). Additionally, the Court's order advised Plaintiffs about the need to comply with Federal Rule of Civil Procedure 4(m), which requires a complaint to be served within 90 days after being filed, but permits the Court to extend the time for service.

Now before the Court is Plaintiffs' statement regarding the scheduling conference. (ECF No. 9). They state that they "successfully served Defendant Lucero AG Services, Inc. ("Defendant Lucero") on September 29, 2023; Defendant Ricardo Ulices Lucero-Ambrosio ("Defendant Lucero-Ambrosio") on September 29, 2023; and Defendant Paragroup Farms, Inc. ("Defendant Paragroup") on September 28, 2023." (*Id.* at 3). However, these Defendants have

filed no response to the complaint, and Plaintiffs intend to seek a clerk's entry of default against them under Rule 55(a). However, Plaintiffs state that they "have been unable to serve the two remaining Defendants 559 AG Corp. ("Defendant 559") and Artemio Fidel Salazar Luna ("Defendant Luna") despite multiple attempts." (*Id.* at 3-4).

> Due to the foregoing circumstances, Plaintiffs request the Court vacate the Status Conference scheduled for December 7, 2023 and set another Status Conference in 90 days to (1) allow Plaintiffs to request Entry of Default regarding Defendants Lucero, Lucero-Ambrosio and Paragroup; and (2) allow Plaintiffs additional time to investigate alternative addresses and contacts in order to serve Defendants 559 and Luna.

(*Id.* at 4).

Upon review, IT IS ORDERED as follows:

1. The Court vacates the scheduling conference set for December 7, 2023, at 10 a.m. (ECF No. 3). The Court will not reset the scheduling conference at this time, but if the circumstances in this case later warrant a conference, the Court will set one.

2. Plaintiffs are granted an extension to February 29, 2024, to serve Defendants 559 and Luna and to seek a Clerk's entry of default as to the served Defendants.

IT IS SO ORDERED.

Dated:   **December 1, 2023**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2