UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUCENA ORTIZ, et al., | Case No. 1:23-cv-01319-JLT-EPG |
| Plaintiffs, | ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL |
| v. | (ECF No. 49) |
| LUCERO AG SERVICES, INC., et al., | |
| Defendants. | |

  Plaintiffs Azucena Ortiz, Gustavo Meza, and Dominga Espinoza filed this putative class action on September 5, 2023, mostly alleging violations of California state labor laws. (ECF No. 1). The complaint names five Defendants: (1) Lucero Ag Services, Inc.; (2) Paragroup Farms, Inc.; (3) Ricardo Ulices Lucero-Ambrosio; (4) 559 Ag Corp., and (5) Artemio Fidel Salazar Luna.

  Now before the Court is the motion of Littler Mendelson, P.C. and its attorneys, requesting leave to withdraw as counsel of record for Defendants Lucero Ag Services, Inc. and Ricardo Ulices Lucero-Ambrosio. (ECF No. 49). Generally, the motion states that Defendants have failed to pay their legal bills and have failed to communicate with counsel. The motion is set for a hearing on October 25, 2024, at 10 a.m.

\\\

\\\

\\\

1

Upon review, IT IS ORDERED as follows:

1. Due to a conflict with the Court's calendar, the hearing set for October 25, 2024, is continued to November 15, 2024, at 10 a.m.
2. Telephonic appearances are granted for the hearing. To participate telephonically, each party is directed to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.
3. Defendants Lucero Ag Services, Inc.[1] and Ricardo Ulices Lucero-Ambrosio are directed to appear for the hearing and will be given the opportunity to respond to counsel's motion to withdraw. If they fail to appear at the hearing, they are advised that the motion may be granted without any further opportunity for them to offer their position.
4. Counsel is directed to serve a copy of this order and the motion to withdraw (ECF No. 49) on Defendants Lucero Ag Services, Inc. and Ricardo Ulices Lucero-Ambrosio by no later than September 30, 2024, and to file a proof of such service on the docket by no later than October 7, 2024.

IT IS SO ORDERED.

Dated:  **September 23, 2024**           /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Lucero Ag Services, Inc. may appear through an appropriate representative of the company.

2