UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUCENA ORTIZ, et al.,<br><br>           Plaintiffs,<br><br>       v.<br><br>LUCERO AG SERVICES, INC., et al.,<br><br>           Defendants. | Case No.   1:23-cv-01319-JLT-EPG<br><br>ORDER REGARDING STATUS REPORT<br><br>(ECF No. 63) |

On November 15, 2024, the Court held a hearing in this case. (ECF No. 61). After the hearing, the Court ordered as follows:

> [B]y no later than December 13, 2024, Plaintiffs shall (1) file a status report as to how they intend to proceed on their motion for a contempt finding (ECF No. 29, *see* ECF No. 48); and (2) serve the First Amended Complaint on Defendants 559 Ag Corp. and Artemio Fidel Salazar Luna and file proof of such service on the docket.

(ECF No. 61) (minor alterations).

Plaintiffs have now filed a status report, stating, in relevant part, as follows:

> Plaintiffs attempted personal service of the defaulted Defendants with the FAC several times but have been unable to personally serve the FAC. Plaintiffs mistakenly filed a proof of service on December 13, 2024, demonstrating substituted service on Defendant 559 AG Corp., but request the Court strike the proof of service. Plaintiffs remain committed to exercising reasonable diligence in serving Defendants 559 AG Corp and Artemio Fidel Salazar Luna and will file a Proof of Service or Declaration of Non-Service in the coming days. Plaintiffs

1

respectfully requests the Court grant additional time to effect personal service on Defendants.

Considering the history of Defendants' attempts to evade personal service throughout 2024 and the failure thus far by Plaintiffs to personally serve Defendants with the FAC, Plaintiffs are unable to personally serve the subpoena on Defendants at this time, as ordered by this Court.

Thus, Plaintiffs agree to withdraw their Motion for Contempt at this time.

(ECF No. 63, p. 3) (minor alterations).

Upon review of the status report, IT IS ORDERED as follows:

1. Given Plaintiffs' statement that proof of service was mistakenly filed on December 13, 2024, the Court considers the proof of service withdrawn and will not further consider it. (ECF No. 62).

2. Plaintiffs are granted an extension to February 7, 2025, to serve Defendants 559 Ag Corp. and Artemio Fidel Salazar Luna and shall file proof of such service on the docket by this date.

3. Plaintiffs' motion for contempt (ECF No. 29, *see* ECF Nos. 33, 46) is deemed withdrawn.

4. The Court's September 12, 2024 certification of facts and findings and recommendations regarding contempt are vacated. (ECF No. 48).

5. The Clerk of Court shall serve a copy of this order (and all future orders) to both of the following addresses on the docket for both Defendants Lucero Ag Services, Inc., and Ricardo Ulices Lucero-Ambrosio: (1) 529 South D Street, Madera, CA 93638; and (2) 3573 Rocky Bottom Street, Madera, CA 93637. (*See* ECF No. 61).

IT IS SO ORDERED.

Dated:   **December 16, 2024**        /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE