UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUCENA ORTIZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LUCERO AG SERVICES, INC., et al.,<br><br>    Defendants. | Case No.: 1:23-cv-1319 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO (1) STRIKE ANSWER OF DEFENDANT LUCERO AG SERVICES, INC.; (2) ENTER DEFAULT AGAINST THIS DEFENDANT; (3) GRANT PLAINTIFFS PERMISSION TO MOVE FOR DEFAULT JUDGMENT AGAINST THIS DEFENDANT<br><br>(Doc. 78) |

    Azucena Ortiz, Gustavo Meza, and Dominga Espinoza filed this putative class action on September 5, 2023, mostly alleging violations of California state labor laws. (*See generally* Doc. 1.) On March 24, 2025, because defendant Lucero Ag Services, Inc. is no longer represented by counsel and has failed to comply with court orders and defend this case, the assigned magistrate judge issued Findings and Recommendations to strike Lucero Ag Services' Answer, direct the Clerk of Court to enter a default against it under Federal Rule of Civil Procedure 55(a), and permit Plaintiffs to move for default judgment against this defendant. (Doc. 78.)

    The Court served the Findings and Recommendations on the parties, including upon Lucero Ag Services at its last known address, and notified them that any objections were due within 14 days. (*Id.* at 3-4.) The Court advised the parties that the "failure to file objections within the specified time

1

may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).)  No party filed objections.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations filed on March 24, 2025 (Doc. 78) are **ADOPTED** in full.
2. The Answer of defendant Lucero Ag Services, Inc. is **STRICKEN**. (ECF No. 47).
3. The Clerk of Court is **DIRECTED** to enter a default as to defendant Lucero Ag Services, Inc. pursuant to Federal Rule of Civil Procedure 55(a).
4. Plaintiffs are **GRANTED** permission to move for default judgment against defendant Lucero Ag Services, Inc.
5. The Clerk of Court is **DIRECTED** to serve this order on both defendants Lucero Ag Services, Inc., and Ricardo Ulices Lucero-Ambrosio at both of the following address: (1) 529 South D Street, Madera, CA 93638; and (2) 3573 Rocky Bottom Street, Madera, CA 93637.

IT IS SO ORDERED.

Dated:  **April 22, 2025**

UNITED STATES DISTRICT JUDGE