UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUCENA ORTIZ, et al., | Case No. 1:23-cv-01319-JLT-EPG |
| Plaintiffs, | ORDER GRANTING, IN PART, MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT ARTEMIO FIDEL SALAZAR LUNA |
| v. | |
| LUCERO AG SERVICES, INC., et al., | (ECF No. 86) |
| Defendants. | |

Plaintiffs Azucena Ortiz, Gustavo Meza, and Dominga Espinoza filed this putative class action on September 5, 2023, mostly alleging violations of California state labor laws. (ECF No. 1). The complaint names five Defendants: (1) Lucero Ag Services, Inc.; (2) Paragroup Farms, Inc.; (3) Ricardo Ulices Lucero-Ambrosio; (4) 559 Ag Corp., and (5) Artemio Fidel Salazar Luna. Now before the Court is Plaintiffs' motion for an extension to serve the first amended complaint on Defendant Artemio Fidel Salazar Luna or to serve him via alternative means. (ECF No. 86). As grounds, the motion states as follows:

> As of today, Plaintiffs have remained unable to serve Defendant Artemio Fidel Salazar Luna with their First Amended Complaint. As such, Plaintiffs hereby request an additional 90 days until October 01, 2025 to effect personal service on Defendant Luna and/or file a motion to serve Defendant Luna via an alternative service method.

(*Id.* at 2).

1

The Court will grant the motion, in part. Plaintiffs filed their first amended complaint on August 14, 2024. (ECF No. 45). On November 15, 2024, the Court ordered Plaintiffs to serve the first amended complaint on Defendant Artemio Fidel Salazar Luna and to file proof of such service by no later than December 13, 2024. (ECF No. 61). Since then, the Court has granted multiple extensions to complete service, culminating in a July 3, 2025 deadline. (ECF Nos. 65, 73, 80). Plaintiffs missed this deadline, and instead filed their current motion on July 7, 2025. (ECF No. 86). Notably, the Court has already extended the deadline for service for approximately seven months and this case has been pending since September 2023.

In light of these circumstances, the Court will grant a final extension to September 8, 2025, to serve Defendant Artemio Fidel Salazar Luna or file a motion to serve him via an alternative service method.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's motion for extension of time is granted, in part. (ECF No. 86).
2. By no later than September 8, 2025, Plaintiffs shall serve Defendant Artemio Fidel Salazar Luna and file proof of such service on the record, or, alternatively, file a motion to serve him via an alternative service method. No further extensions will be granted.
3. Any failure to comply with this order may result in the dismissal of the case against Defendant Artemio Fidel Salazar Luna.

IT IS SO ORDERED.

Dated: **July 8, 2025**          /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE