# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AZUCENA ORTIZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LUCERO AG SERVICES, INC., et al.,<br><br>Defendants. | Case No.: 1:23-cv-1319 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO (1) GRANT IN PART PLAINTIFFS' MOTION FOR SANCTIONS; (2) STRIKE ANSWER OF DEFENDANT RICARDO ULICES LUCERO-AMBROSIO; (3) ENTER DEFAULT AGAINST THIS DEFENDANT; (4) GRANT PLAINTIFFS PERMISSION TO MOVE FOR DEFAULT JUDGMENT AGAINST THIS DEFENDANT; AND (5) AWARD PLAINTIFFS $1,597.50 IN ATTORNEY'S FEES<br><br>(Doc. 103) |

Azucena Ortiz, Gustavo Meza, and Dominga Espinoza filed this putative class action on September 5, 2023, mostly alleging violations of California state labor laws. (*See generally* Doc. 1.) On October 28, 2025, the assigned magistrate judge issued Findings and Recommendations to grant, in part, Plaintiffs' motion requesting sanctions because of Ricardo Ulices Lucero-Ambrosio's failure to comply with the Court's June 23, 2025 order requiring him to produce discovery. (Doc 103.) The magistrate judge recommended: (1) Defendant Lucero's answer be stricken; (2) the Clerk of Court be directed to enter a default against Defendant Lucero; (3) Plaintiffs be granted permission to move for default judgment against Defendant Lucero; and (4) Plaintiffs be awarded $1,597.50 in attorney's fees.

The Court served the Findings and Recommendations on the parties, including upon Lucero at

his last known address, and notified them that any objections were due within 14 days. (*Id.* at 8.) The Court also advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* (*Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No party filed objections.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 28, 2025 (Doc. 103) are **ADOPTED** in full.
2. The Answer of Defendant Ricardo Ulices Lucero-Ambrosio is **STRICKEN**. (Doc. 47.)
3. The Clerk of Court is **DIRECTED** to enter a default as to Defendant Ricardo Ulices Lucero-Ambrosio and administratively terminate him as an active defendant on the docket.
4. Plaintiffs are **GRANTED** permission to move for default judgment against Defendant Ricardo Ulices Lucero-Ambrosio.
5. Defendant Ricardo Ulices Lucero-Ambrosio is **ORDERED** to pay $1,597.50 in attorney's fees in addition to the $950 in attorney's fees that he was previously ordered to pay.
6. Plaintiffs' motion for sanctions is **DENIED** as to all other requested sanctions.
7. The Clerk of Court is **DIRECTED** to serve this order on Defendant Ricardo Ulices Lucero-Ambrosio at both of the following addresses: (1) 529 South D Street, Madera, CA 93638; and (2) 3573 Rocky Bottom Street, Madera, CA 93637.

IT IS SO ORDERED.

Dated: **November 14, 2025**

UNITED STATES DISTRICT JUDGE