UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUCENA ORTIZ, et al., | Case No.: 1:23-cv-1319 JLT EPG |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT PARAGROUP'S MOTION TO STRIKE THE ANSWER OF THE LUCERO DEFENDANTS AND ENTER THEIR DEFAULT |
| v. | |
| LUCERO AG SERVICES, INC., et al., | |
| Defendants. | (Doc. 108) |

Azucena Ortiz, Gustavo Meza, and Dominga Espinoza filed this putative class action on September 5, 2023, alleging, among other things, violations of California state labor laws. (*See generally* Doc. 1.) On December 5, 2025, the assigned magistrate judge issued Findings and Recommendations to grant Paragroup Farms, Inc.'s motion to strike the answer of the Lucero Defendants and enter their default. (Doc 108.)

The Court served the Findings and Recommendations on the parties, including upon the Lucero Defendants at their last known address, and notified them that any objections were due within 14 days. (*Id.* at 5.) The Court also advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 6 (*Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No party filed objections.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported

by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on December 5, 2025 (Doc. 108) are **ADOPTED** in full.
2. The motion to strike the answer of the Lucero Defendants and enter their default filed by Paragroup Farms, Inc. (Doc. 96) is **GRANTED** as follows:
    a. The answer of Lucero Ag Services, Inc. and Ricardo Ulices Lucero-Ambrosio to Paragroup's cross-complaint is **STRICKEN**. (Doc. 21.)
    b. The Clerk of Court is **DIRECTED** to enter a default as to Lucero Ag Services, Inc. and Ricardo Ulices Lucero-Ambrosio regarding Paragroup's cross-complaint. (Doc. 18.)
3. Following the entry of default, Paragroup is **GRANTED** permission to move for default judgment against Lucero Ag Services, Inc. and Ricardo Ulices Lucero-Ambrosio at a procedurally appropriate time in the case.
4. The Clerk of Court is **DIRECTED** to serve this order on Lucero Ag Services, Inc. and Ricardo Ulices Lucero-Ambrosio at both of the following addresses: (1) 529 South D Street, Madera, CA 93638; and (2) 3573 Rocky Bottom Street, Madera, CA 93637.

IT IS SO ORDERED.

Dated:   **December 31, 2025**

UNITED STATES DISTRICT JUDGE