# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUCENA ORTIZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LUCERO AG SERVICES, INC., et al.,<br><br>        Defendants. | Case No.: 1:23-cv-01319 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 119) |

Plaintiffs Azucena Ortiz, Gustavo Meza, and Dominga Espinoza filed this putative class action on September 5, 2023, mostly alleging violations of California state labor laws. (Doc. 1.)

On May 12, 2026, the assigned magistrate judge issued Findings and Recommendations, recommending that Plaintiffs' amended request to dismiss Plaintiff Gustavo Meza, without prejudice, be granted. (Doc. 119.) The parties were permitted fourteen days to file objections, but no party did so.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued May 12, 2026, are adopted in full. (Doc. 119.)

2. Plaintiffs' amended request to dismiss Plaintiff Gustavo Meza is granted. (Doc. 117.)

1

3.     The Clerk of Court is directed to terminate Gustavo Meza as a plaintiff on the docket.

IT IS SO ORDERED.

Dated:   **May 27, 2026**

_____
UNITED STATES DISTRICT JUDGE